WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aquileo Melchor-Zaragoza, | No. CV-16-04586-PHX-JAT |
| Movant/Defendant, | CR-01-0017-PHX-JAT |
| v. | **ORDER** |
| USA, | |
| Respondent/Plaintiff. | |

Pending before the Court is the Report and Recommendation ("R&R") of the Magistrate Judge recommending that this Court deny the motion to vacate, set aside, or correct sentence filed by Movant pursuant to *Johnson*. (Doc. 17). The R&R distinguished the Ninth Circuit Court of Appeals' *Dimaya* decision. The objections argued that this Court should rely on the Ninth Circuit Court of Appeals *Dimaya* decision.

Since the R&R and objections were filed, the Supreme Court of the United States issued its decision on the appeal of the Ninth Circuit's *Dimaya* decision. Because the Supreme Court's decision might impact the R&R and will impact the objections, the Court will re-refer this case in light of this new development. Accordingly,

**IT IS ORDERED** that the R&R (Doc. 17) is rejected.

///
///
///

**IT IS FURTHER ORDERED** that this matter is re-referred to Magistrate Judge James F. Metcalf pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a further report and recommendation.

Dated this 18th day of April, 2018.

James A. Teilborg
Senior United States District Judge